UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| CHARLES DENNIS KITTS, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | Nos. 2:14-CV-294-JRG |
| | ) | 2:11-CR-58-JRG-2 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Charles Kitt's pro se motion to hold his original petition under 28 U.S.C. § 2255 [Doc. 70] in abeyance pending the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015) [Doc. 77]. The relevant decision was handed down on June 26, 2015 and, as a result, his request to hold the petition in abeyance for it [Doc. 77] must be **DENIED as moot**. The Court notes, however, that Petitioner has yet to file a proposed amendment; he shall have **thirty (30)** days from the Court's entry of this order to amend his original petition [Doc. 70] in light of the Supreme Court's holding in *Johnson*.

**IT IS SO ORDERED.**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE