| | |
|---|---|
| CHARLES DENNIS KITTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Nos. 2:14-CV-294-JRG |
| ) | 2:11-CR-58-JRG-2 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Before the Court is a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed by Charles Dennis Kitts ("Petitioner") [Doc. 70]. The government filed an initial response on December 24, 2014 [Doc. 75] and Petitioner replied on both January 15, 2015 and July 6, 2015 [Docs. 76, 78]. During pendency of the action, Petitioner has filed a supplement to his original petition [Doc. 83], a motion requesting appointment of counsel [Doc. 82], and two motions requesting an evidentiary hearing [Docs. 84, 86]. In his supplement, Petitioner cites the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), as a novel ground for collateral relief [Doc. 83]. Accordingly, the United States is **ORDERED** to file a response addressing all of the foregoing motions within thirty (30) days of entry of this order.

**IT IS SO ORDERED.**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
